# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANNIE STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV375 |
| | ) | |
| V. | ) | |
| | ) | |
| POPEYE'S CHICKEN, TIMEOUT FOODS, LLC, EON PROPERTIES, LLC, NIKHIL MEHTA, STEVEN MERCER, and JOHN DOE 1 AND 2 INCLUSIVE, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

Plaintiff has submitted a motion to proceed in forma pauperis (filing 2). After reviewing the request, I shall waive payment of fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED:**

Plaintiff's motion to proceed in forma pauperis (filing 2) is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

DATED October 16, 2015.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge